# **EXHIBIT A**



# Service of Process Transmittal
05/05/2021
CT Log Number 539504891

| | |
|---|---|
| **TO:** | Kim Lundy Service Of Process<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | Wal-Mart Stores Texas, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Deleon Frances, Pltf. vs. Wal-Mart Stores Texas LLC, Dft.<br>*Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | Citation, Return, Petition |
| **COURT/AGENCY:** | 190th Judicial District Court Harris County, TX<br>Case # 202122464 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 02/25/2021 - Walmart Store # 194, located at 4900 Garth Road, Baytown, Texas |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 05/05/2021 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after served |
| **ATTORNEY(S) / SENDER(S):** | Wes Klinger, Jr.<br>Wes Klinger Law Office, PLLC<br>15141 Lakeview Drive<br>Beach City, TX 77523<br>281-383-3533 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/06/2021, Expected Purge Date: 05/11/2021<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / PK



# Service of Process Transmittal
05/05/2021
CT Log Number 539504891

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Texas**

**FOR:** Wal-Mart Stores Texas, LLC  (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / PK

N. A. FLASH CIVIL PROCESS, INC
2915 EAGLE NEST LN
HUMBLE, TX 77396

CERTIFIED M

7017 2680 0000 7038 1682

AMOUNT
75201
$7.20
R2304M116386-15

Walmart Stores Texas LLC
C/O CT. Corp Systems
350 North Saint Paul St.
Dallas, TX. 75201

Date: 4/26/2021
By: _____
COPY OF PLEADING PROVIDED BY PLT

CAUSE NO. 202122464

RECEIPT NO: 893972   TRACKING NO: 73861572   EML

| | |
|---|---|
| Plaintiff: | In The 190th |
| DELEON, FRANCES | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| WAL MART STORES TEXAS LLC | Houston, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To:   WAL MART STORES TEXAS LLC (A CORPORATION DOING BUSINESS IN TEXAS) MAY BE SERVED BY SERVING CT CORPORATION SYSTEMS
350 NORTH SAINT PAUL STREET, DALLAS TX 78701

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on April 15, 2021 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on April 16, 2021, under my hand and seal of said court.



Marilyn Burgess

Marilyn Burgess, District Clerk

Issued at the request of:

KLINGER, PAUL WESLEY JR.
15141 LAKEVIEW DRIVE
BEACH CITY, TX 77523-
281-383-3533
Bar Number: 11574700

Harris County, Texas
201 CAROLINE Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: MONICA JACKSON

Tracking Number: 73861572 EML

## CAUSE NUMBER: 202122464

| | |
|---|---|
| PLAINTIFF: DELEON, FRANCES | In the 190th |
| vs. | Judicial District Court of |
| DEFENDANT: WAL MART STORES TEXAS LLC | Harris County, Texas |

### OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____            By_____
               Affiant                                                              Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
Notary Public